JS6

1  Tamara M. Rowles (SBN 228940)
   Email: trowles@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071-1514
   Telephone: 213-457-8000
4  Facsimile: 213-457-8080

5  William Ross Overend (SBN 180209)
   Email: woverend@reedsmith.com
6  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
7  San Francisco, California 94111-3922
   Telephone: 415-543-8700
8  Facsimile: 415-391-8269

9  Gregory J. Vogler (*pro hac vice*)
   Email: gvogler@mhmlaw.com
10 Robert A. Surrette (*pro hac vice*)
   Email: bsurrette@mhmlaw.com
11 McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
12 Chicago, Illinois 60661
   Telephone: 312-775-8000
13 Facsimile: 312-775-8100

14 Attorneys for Defendant
   STRYKER CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| TRIMED, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION,<br><br>Defendant. | CASE NO. CV-06-1918 (SHx)<br><br>[~~PROPOSED~~] JUDGMENT GRANTING STRYKER CORPORATION'S MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE '839 PATENT ARE INVALID<br><br>Date: May 4, 2009<br>Time: 10:00 a.m.<br>Hon. Manuel L. Real |
|---|---|

CV-06-1918 (SHx)

[PROPOSED] JUDGMENT GRANTING
STRYKER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT

# [PROPOSED] JUDGMENT

Having fully considered Defendant Stryker Corporation's ("Stryker") Motion for Summary Judgment that the Asserted Claims of the '839 Patent Are Invalid, TriMed, Inc.'s ("TriMed") response thereto, Stryker's reply, the declarations, exhibits, and memoranda submitted therewith and the relevant authorities cited, and the arguments and materials presented at the hearing:

IT IS HEREBY ORDERED AND JUDGED AND DECREED:

1. ~~Claims 1, 2, 7, 8, 9, 10, and 11 of United States Patent No. 5,931,839 are invalid as these claims are anticipated by the prior art;~~

2. Claims 1, 2, 7, 8, 9, 10, and 11 of United States Patent No. 5,931,839 are invalid as these claims are rendered obvious by the prior art;

3. Stryker Corporation's Motion for Summary Judgment that the Asserted Claims of the '839 Patent are Invalid is GRANTED; and

4. As summary judgment on all counts has been rendered against TriMed, TriMed's Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED

Dated: 5-21-09

_____
Hon. Manuel L. Real
United States District Judge

CV-06-1918 (SHx)     -1-     [PROPOSED] JUDGMENT GRANTING STRYKER CORPORATION'S MOTION FOR SUMMARY JUDGMENT