| | |
|---|---|
| 1 | Michael A. Garabed (SBN 223511) |
|   | mgarabed@reedsmith.com |
| 2 | Tamara M. Rowles (SBN 228940) |
|   | Email: trowles@reedsmith.com |
| 3 | REED SMITH LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, CA  90071-1514 |
|   | Telephone:  (213) 457-8000 |
| 5 | Facsimile:   (213) 457-8080 |
| 6 | William Ross Overend (SBN 180209) |
|   | Email: woverend@reedsmith.com |
| 7 | REED SMITH LLP |
|   | 101 Second Street, Suite 1800 |
| 8 | San Francisco, California  94105-3659 |
|   | Telephone:  (415) 543-8700 |
| 9 | Facsimile:   (415) 391-8269 |
| 10 | Gregory J. Vogler (*pro hac vice*) |
|   | Email: gvogler@mcandrews-ip.com |
| 11 | Robert A. Surrette (*pro hac vice*) |
|   | Email: bsurrette@mcandrews-ip.com |
| 12 | McANDREWS, HELD & MALLOY, LTD. |
|   | 500 West Madison Street, 34th Floor |
| 13 | Chicago, Illinois 60661 |
|   | Telephone:  (312) 775-8000 |
| 14 | Facsimile:   (312) 775-8100 |
| 15 | Attorneys for Defendant |
|   | STRYKER CORPORATION |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRIMED, INC. a California corporation, | Case No. CV-06-1918 |
| Plaintiff, | **STIPULATION FOR ENTRY OF [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ACTION** |
| v. | |
| STRYKER CORP, a Michigan corporation, | |
| Defendant. | Hon. Stephen V. Wilson |

1  The parties to this action have executed a confidential settlement agreement
2  resolving all claims in the action.  Therefore, pursuant to Rule 41(a) of the Federal
3  Rules of Civil Procedure, the parties hereto have agreed that the above-captioned
4  action, including all claims and counterclaims, shall be dismissed with prejudice and
5  that each party shall bear its own attorneys' fees and costs.  Accordingly, the parties
6  hereby stipulate to entry of the Proposed Order for Voluntary Dismissal of Action
7  attached hereto as Exhibit A.

Respectfully submitted,

Dated:  December 10, 2010         /s/ William R. Overend
Gregory J. Vogler (*pro hac vice*)
Robert A. Surrette (*pro hac vice*)
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
Telephone:  (312) 775-8000
Facsimile:   (312) 775-8100

Michael A. Garabed (SBN 223511)
Tamara M. Rowles (SBN 228940)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071-1514
Telephone:  (213) 457-8000
Facsimile:   (213) 457-8080

William Ross Overend (SBN 180209)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone:  (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
STRYKER CORPORATION

| | | |
|---|---|---|
| 1 | Dated: December 10, 2010 | */s/ Sean Kneafsey*_____ |
| 2 | | Lee F. Grossman |
| | | Mark. M. Grossman |
| 3 | | GROSSMAN LAW OFFICES |
| | | 225 West Washington Street, Suite 2200 |
| 4 | | Chicago, Illinois 60606 |
| | | Telephone:  (312) 621-9000 |

Sean Kneafsey
KNEAFSEY & FRIEND LLP
800 Wilshire Boulevard, Suite 710
Los Angeles, California 90017
Telephone:  (213) 892-1200

Attorneys for Plaintiff
TRIMED, INCORPORATED