1  Michael A. Garabed (SBN 223511)
   mgarabed@reedsmith.com
2  Tamara M. Rowles (SBN 228940)
   Email: trowles@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone: (213) 457-8000
5  Facsimile: (213) 457-8080

6  William Ross Overend (SBN 180209)
   Email: woverend@reedsmith.com
7  REED SMITH LLP
   101 Second Street, Suite 1800
8  San Francisco, California 94105-3659
   Telephone: (415) 543-8700
9  Facsimile: (415) 391-8269

10 Gregory J. Vogler (*pro hac vice*)
   Email: gvogler@mcandrews-ip.com
11 Robert A. Surrette (*pro hac vice*)
   Email: bsurrette@mcandrews-ip.com
12 McANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
13 Chicago, Illinois 60661
   Telephone: (312) 775-8000
14 Facsimile: (312) 775-8100

15 Attorneys for Defendant
   STRYKER CORPORATION

16

CHAMBERS COPY

FILED
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

17           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
18                  WESTERN DIVISION

19 TRIMED, INC.
   a California corporation,
20
                        Plaintiff,            Case No. CV-06-1918
21
         v.                                   [PROPOSED] ORDER FOR
22                                            VOLUNTARY DISMISSAL OF
   STRYKER CORP,                              ACTION
23 a Michigan corporation,
                                              Hon. Stephen V. Wilson
24                      Defendant.

25

26

27

28

Pursuant to the parties' Stipulation, and good cause appearing:

IT IS HEREBY ORDERED that:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action, including all claims and counterclaims, is dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 13, 2010          By _____
                                  The Honorable Stephen V. Wilson